## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EMPLOYERS & OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al.,** ) ) ) ) | |
| **Plaintiffs,** ) | Case No. 3:09-cv-0576 MJR |
| ) | |
| **v.** ) | |
| ) | |
| **BI-STATE, INC. d/b/a C.R. VERNIER CONCRETE CONTRACTORS,** ) ) ) | |
| **Defendant.** ) | |

### MEMORANDUM and ORDER

**REAGAN, District Judge:**

In this action, Plaintiffs ("the Funds") seek to collect delinquent fringe benefit contributions pursuant to Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), as amended, **29 U.S.C. § 185**, and pursuant to Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, **29 U.S.C. § 1132**. Served on July 30, 2009, Defendant Bi-State, Inc. d/b/a C. R. Vernier Concrete Contractors ("Bi-State") failed to answer or otherwise appear herein. On September 9, 2009, the Funds moved for a Clerk's entry of default under **FEDERAL RULE OF CIVIL PROCEDURE 55(a)**. The Clerk made an entry of default on September 11 (Doc. 11).

Now before the Court are the Funds' September 9, 2009 motion for default judgment and the supporting memorandum, affidavits, and other materials (Docs. 8, 10 and attachments).

Defendant Bi-State neither answered nor appeared, and the Clerk of Court properly entered default against Bi-State. The Funds' pleadings and supporting documents establish that, for the months of October, 2008, and June and July, 2009, Bi-State owed delinquent contributions of $26,726.52, liquidated damages of $2,672.65, and legal fees/costs of $912.50 (a total of $30,311.67).

Accordingly, the undersigned Judge **GRANTS** the Funds' September 9, 2009 motion (Doc. 8) and **DIRECTS** the Clerk of Court to **ENTER JUDGMENT** in favor of Plaintiffs/Funds and against Defendant Bi-State in the total amount of $30,311.67.

**IT IS SO ORDERED.**

**DATED this 9th day of October, 2009**

<u>s/Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**